# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| **PAMELA M. EASTRIDGE AS EXECUTRIX OF THE ESTATE OF JOSEPH E. MORRIS, JR.,** ) ) **Plaintiff,** ) ) **vs.** ) ) **GOODRICH CORPORATION, et al.,** ) ) **Defendants.** ) ) | Civil Action No. 3:12-cv-00862-S |

## FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF AMERICAN CHEMISTRY COUNCIL

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the American Chemistry Council states that it is a non-governmental corporate party, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*/s/ Andrea B. Daloia*
Edward H. Stopher (68370)
BOEHL STOPHER & GRAVES LLP
2300 Aegon Center, 400 West Market Street
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
estopher@bsg-law.com

**AND**

2

             Timothy J. Coughlin (pro hac vice)
             Tim.Coughlin@thomsonhin.com
             Thomas L. Feher (pro hac vice)
             Tom.Feher@thompsonhine.com
             William J Hubbard (pro hac vice)
             Bill.Hubbard@thompsonhine.com
             Andrea B. Daloia (pro hac vice)
             Andrea.Daloia@thompsonhine.com
             THOMPSON HINE LLP
             3900 Key Center, 127 Public Square
             Cleveland, OH 44114-1291
             Phone: (216) 566-5500
             Fax: (216) 566-5800

             *Counsel for American Chemistry Council*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of January, 2013 a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                        */s/ Andrea B. Daloia*
                                        One of the Attorneys for American Chemistry Council